**Opinion issued July 6, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————————

**NO. 01-23-00271-CR**

**NO. 01-23-00272-CR**

———————————————

**IN RE STEVEN ALEXANDER HOBBS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Steven Alexander Hobbs, incarcerated and proceeding pro se, has filed petitions for a writ of mandamus requesting that this Court compel the trial court to rule on relator's motion "for extension of time [to file a notice of appeal] and permission to appeal," motion "to obtain documents, hearing transcripts and all

1

other records" "to aid and assist him in preparing an appeal of his conviction[s]," and certain "motion[s] to compel."[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

---

[1] The underlying cases are *The State of Texas v. Steven Alexander Hobbs*, Cause Nos. 1324124 and 1753578 in the 351st District Court of Harris County, Texas, the Honorable Natalia Cornelio presiding.